# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| COMMITTEE TO SAVE THE DERRY RAIL TRAIL TUNNEL, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>SHAILEN BHATT, FEDERAL HIGHWAY ADMINISTRATION, ADMINISTRATOR, *et al.*<br><br>Defendants. | Civil Action No. 1:24-cv-262-AJ |

## PLAINTIFFS' PROOF OF SERVICE

Pursuant to Fed. R. Civ. P. 4(*l*)(1), Plaintiffs Committee to Save the Derry Rail Trail Tunnel and Rails to Trails Conservancy provide the attached proofs of service of the complaint (ECF No. 1) and summonses (ECF No. 7) in this matter upon Defendants. *See* Exhibits 1-3.

In accordance with Fed. R. Civ. P. 4(i)(1), Plaintiffs also sent copies of the summonses and complaint via certified mail to the Civil Process Clerk at the U.S. Attorney's Office for the District of New Hampshire, *see* Exhibit 4, and the Attorney General of the United States, *see* Exhibit 5.

Dated: October 4, 2024

Respectfully submitted,

**COMMITTEE TO SAVE THE DERRY RAIL TRAIL TUNNEL**

**RAILS TO TRAILS CONSERVANCY**

By their attorneys,

*/s/ Charles C. Kelsh*
Mikayla C. Foster (N.H. Bar 272335)
Cynthia D. Vreeland (admitted *pro hac vice*)
Charles C. Kelsh (admitted *pro hac vice*)
John F. Saylor (admitted *pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Tel: 617-526-6000
Fax: 617-526-5000
chaz.kelsh@wilmerhale.com

*Attorneys for Plaintiffs Committee to Save the Derry Rail Trail Tunnel and Rails to Trails Conservancy*

*/s/ Andrea C. Ferster*
Andrea C. Ferster (admitted *pro hac vice*)
Attorney at Law
68 Beebe Pond Road
Canaan, NY 12029
Tel: 202-974-5142
Cell: 202-669-6311
aferster@railstotrails.org

*Attorney for Plaintiff Rails to Trails Conservancy*