# EXHIBIT 2

Civil Action No. 1:24-cv-262-AJ

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Shailen Bhatt, Federal Highway Administration, Administrator
was received by me on *(date)* 08/30/2024 .

❏ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I served the summons and complaint on the individual via USPS First Class Certified Mail with Return Reciept on 9/16/2024. A copy of the USPS delivery confirmation page is attached hereto.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/17/2024

/s/ Charles Kelsh
*Server's signature*

Charles Kelsh, Senior Associate
*Printed name and title*

Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
*Server's address*

Additional information regarding attempted service, etc:

  

FIRST-CLASS

US POSTAGE IMI PITNEY BOWES

ZIP 90071
02 7H
0001352583   SEP 05 2024

$ 012.10⁰



Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2400
Los Angeles, California 90071

**Shailen Bhatt, Administrator**
**Federal Highway Administration**
**400 7th Street, S.W.**
**Washington, DC 20590**



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS. FOLD AT DOTTED LINE

**CERTIFIED MAIL**

7016 1970 0001 0107 7540

ALERT: HURRICANE HELENE, FLOODING, AND SEVERE WEATHER IN THE SOUTHEASTERN U....

## USPS Tracking®

FAQs

Remove ✕

**Tracking Number:**

# 70161970000101077540

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 7:58 am on September 16, 2024 in WASHINGTON, DC 20590.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered

**Delivered, Left with Individual**
WASHINGTON, DC 20590
September 16, 2024, 7:58 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates                                ⌄

USPS Tracking Plus®                                  ⌄

Product Information                                  ⌄

See Less ⌃

Track Another Package

Feedback