UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| COMMITTEE TO SAVE THE DERRY RAIL TRAIL TUNNEL, et al., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 1:24-cv-262-AJ ) |
| SHAILEN BHATT, FEDERAL HIGHWAY ADMINISTRATION, ADMINISTRATOR, et al., | ) ) ) ) |
| Defendants. | ) ) |

**DEFENDANTS' JOINT ASSENTED-TO MOTION TO EXTEND
DEADLINE TO ANSWER PLAINTIFFS' COMPLAINT**

Pursuant to Rule 7.2 of the Local Rules for the United States District Court for the District of New Hampshire, William J. Cass, Commissioner of the State of New Hampshire Department of Transportation, ("NHDOT"), Shailen Bhatt, Federal Highway Administration, Administrator, and Patrick Bauer, Federal Highway Administration, Administrator (collectively "FHWA") by and through their counsel, the Office of the New Hampshire Attorney General, and the United States Attorney for the District of New Hampshire respectively, and respectfully request that the Court extend the Defendants' deadlines to file an answer, or otherwise respond, to Plaintiffs' Complaint, Document Number ("DN") 1, for an additional one week, from the current deadline of November 8, 2024, to November 15, 2024. In support of this request, the Defendants state as follows:

1.     Defendants' deadline to answer or otherwise respond to Plaintiffs' Complaint is November 8, 2024.

2.     Undersigned counsel has been working diligently to provide a timely response to Plaintiffs' Complaint, but have run into questions that will need to be addressed with agency

counsel.  Because Defendants desire to align their responsive pleading deadlines, the Defendants jointly request an additional one week to file their answer or responsive pleading to Plaintiffs' Complaint, from the current deadline of November 8, 2024 until November 15, 2024.

3. Accordingly, the Defendants respectfully request that their answer or responsive pleading be extended until November 15, 2024.

                                                Respectfully Submitted,

SHAILEN BHATT, FEDERAL HIGHWAY ADMINISTRATION, ADMINISTRATOR

PATRICK BAUER, FEDERAL HIGHWAY ADMINISTRATION, NEW HAMPSHIRE DIVISION, ADMINISTRATOR

By their attorneys,

JANE E. YOUNG
UNITED STATES ATTORNEY

/s/ Anna Dronzek
Anna Dronzek, CO Bar No. 43912
Assistant United States Attorney
United States Attorney's Office
53 Pleasant Street, 4th Floor
Concord, NH  03301
(603) 225-1552
Anna.Dronzek@usdoj.gov

Date: November 8, 2024

WILLIAM J. CASS, COMMISSIONER OF THE STATE OF NEW HAMPSHIRE DEPARTMENT OF TRANSPORTATION

By his attorneys,

JOHN M. FORMELLA
ATTORNEY GENERAL

/s/  Colin P. Carroll
Colin P. Carroll, NH Bar No. 276315
Attorney
New Hampshire Department of Justice

1 Granite Place South
Concord, New Hampshire 03301
(603) 271-3675
Colin.P.Carroll@doj.nh.gov