UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| COMMITTEE TO SAVE THE DERRY RAIL TRAIL TUNNEL, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>GLORIA SHEPHERD, FEDERAL HIGHWAY ADMINISTRATION, ACTING DEPUTY ADMINISTRATOR, *et al.*<br><br>Defendants. | Civil Action No. 1:24-cv-262-PB-AJ |

### JOINT STIPULATION TO SUSPEND PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Plaintiffs Committee to Save the Derry Rail Trail Tunnel and Rails to Trails Conservancy ("Plaintiffs") and Defendants Gloria Shepherd,[1] Patrick Bauer, and William Cass ("Defendants"), hereby jointly stipulate and agree as follows:

1. Until the Court enters judgement in this matter, Defendants will not perform construction in the immediate proximity of the M&L Railroad Historic District that would in any way foreclose or substantially hinder the Project's eventual completion according to the 2020 Design.

2. The parties agree to work diligently and in good faith to expeditiously complete the briefing of cross-motions for judgment in accordance with the Parties' Joint Case Discovery Schedule, which has been filed simultaneously with this joint stipulation.

---

[1] Acting Deputy Administrator Shepherd has succeeded Administrator Shailen Bhatt. *See* Fed. R. Civ. P. 25(d).

1

3. Defendants will not later argue that the extent of completed construction on the Project tips the balance of equities against any injunction or other equitable relief, including the relief sought in Plaintiffs' Complaint.

In light of the foregoing stipulations, Plaintiffs, with the assent of Defendants, suspend their Motion for Preliminary Injunction and/or Relief Under 5 U.S.C. § 705 (ECF No. 20) without prejudice to its renewal.

Dated: January 8, 2025

Respectfully submitted,

**COMMITTEE TO SAVE THE DERRY RAIL TRAIL TUNNEL**

**RAILS TO TRAILS CONSERVANCY**

By their attorneys,

*/s/ Mikayla C. Foster*
Mikayla C. Foster (N.H. Bar 272335)
Cynthia D. Vreeland (admitted *pro hac vice*)
Charles C. Kelsh (admitted *pro hac vice*)
John F. Saylor (admitted *pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Tel: 617-526-6000
Fax: 617-526-5000
chaz.kelsh@wilmerhale.com

*Attorneys for Plaintiffs Committee to Save the Derry Rail Trail Tunnel and Rails to Trails Conservancy*

*/s/ Andrea C. Ferster*
Andrea C. Ferster (admitted *pro hac vice*)
Attorney at Law
68 Beebe Pond Road
Canaan, NY 12029
Tel: 202-974-5142
Cell: 202-669-6311
aferster@railstotrails.org

*Attorney for Plaintiff Rails to Trails Conservancy*

**GLORIA SHEPHERD, FEDERAL HIGHWAY ADMINISTRATION, ACTING DEPUTY ADMINISTRATOR**

**PATRICK BAUER, FEDERAL HIGHWAY ADMINISTRATION, NEW HAMPSHIRE DIVISION, ADMINISTRATOR**

By their attorneys,

JANE E. YOUNG
United States Attorney

*/s/ Anna Dronzek*
Anna Dronzek
Assistant United States Attorney
Colorado Bar No. 43912
United States Attorney's Office
53 Pleasant Street, 4th Floor
Concord, NH 03301
(603) 225-1552
Anna.Dronzek@usdoj.gov

**WILLIAM J. CASS, COMMISSIONER OF THE STATE OF NEW HAMPSHIRE DEPARTMENT OF TRANSPORTATION**

By his attorneys,

JOHN M. FORMELLA
ATTORNEY GENERAL

*/s/ Colin P. Carroll*
Colin P. Carroll, NH Bar No. 276315
Attorney
New Hampshire Department of Justice
1 Granite Place South
Concord, NH 03301
(603) 271-3675
Colin.P.Carroll@doj.nh.gov

**CERTIFICATE OF SERVICE**

     I, Mikayla C. Foster, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on January 8, 2025.

                                             */s/ Mikayla C. Foster*
                                             Mikayla C. Foster